**LINDA LOPEZ**
California State Bar No. 0177301
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: linda_lopez@fd.org

Attorneys for Mr. Lopez-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 07MJ2894 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| MARCOS JONATAN LOPEZ-HERNANDEZ, | ) | |
| Defendant. | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Linda Lopez, Federal Defenders of San Diego, Inc., files this Notice of Appearance as counsel in the above-captioned case.

      Respectfully submitted,

Dated: December 18, 2007      /s/ *Linda Lopez*
      Federal Defenders of San Diego, Inc.
      Attorneys for Defendant
      linda_lopez@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  December 18, 2007         /s/*Linda Lopez*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
linda_lopez@fd.org (email)