# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _07MJ 2894_ |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| ) | |
| Lopez - Hernandez ) | Booking No. |
| Defendant(s) ) | |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Ismael Solano-Rodriguez

DATED: ___12/27/07___

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
                    DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
              Deputy Clerk