UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,      ) | |
|---|---|
| Plaintiff                      ) | CRIMINAL NO. 07MJ2894 |
|                                ) | ORDER |
| vs.                            ) | RELEASING MATERIAL WITNESS |
| Lopez-Hernandez                ) | Booking No. |
| Defendant(s)                   ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Seleste Geovana Albores-Munoz

DATED: 12/27/07

RECEIVED _____
                DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                    ☆ U.S. GPO: 2003-581-774/70062